# Court of Appeals
# of the State of Georgia

ATLANTA, January 28, 2022

*The Court of Appeals hereby passes the following order*

**A22I0108. LARRY SIMPSON v. MARGARET SEVERIN et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20SV00028



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, January 28, 2022.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*